Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED

MAR 13 2017

for the

Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Division

Case No. 2 17 - CV - 5 2 9   MCE DB PS

*(to be filled in by the Clerk's Office)*

|   |   |
|---|---|
| Rene Ortiz | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Experian Information Solutions, Inc. | ) |
| Craig Bound | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Rene Ortiz |
| Street Address | 7566 Phoenix Park Dr |
| City and County | Sacramento, Sacramento |
| State and Zip Code | California 95823 |
| Telephone Number | (916) 505-1145 |
| E-mail Address | rene-ortiz@live.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | EXPERIAN INFORMATION SOLUTIONS, INC. |
| Job or Title *(if known)* | |
| Street Address | 475 Anton Blvd. |
| City and County | Costa Mesa, Orange |
| State and Zip Code | California 92626 |
| Telephone Number | (714) 830 7000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Boundy |
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa, Orange |
| State and Zip Code | California 92626 |
| Telephone Number | (714) 830-7000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See next page

## III.  Statement of Claim

1.

Plaintiff Rene Ortiz ("plaintiff") is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 USC §1681a(c).

2.

Defendant Experian Information Solutions, Inc. ("CRA") is a consumer reporting agency as defined by FCRA 15 USC §1681a(f)

3.

Defendant CRA prepared and issued consumer credit reports concerning plaintiff which include inaccurate information in regards to the reporting of SOCIAL SECURITY ADMIN, account number 6013845XXX.  Plaintiff notified CRA that he disputed the accuracy of the information it was reporting.  CRA notified furnishers of information of plaintiff's disputes.  Inaccurate information continued to be reported on plaintiff's credit reports, however.

### FIRST CLAIM FOR RELIEF

(Negligent Noncompliance with the FCRA)

4.

Plaintiff realleges and incorporates paragraphs 1-3.

5.

CRA negligently failed to comply with the requirements of FCRA, including but not limited to:

(a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in reports concerning plaintiff, as required by 15 USC § 1681e(b)
(b) failing to comply with the requirements in 15 USC §1681i; and
(c) failing to comply with the requirements in 15 USC §1681g

6.

As a result of defendant's failure to comply with the requirements of the FCRA, plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, degraded social standing, and emotional distress for which plaintiff seeks damages in an amount to be determined by the jury.

## III. Statement of Claim

### 7.

Plaintiff requests statutory damages as included in the FCRA.

### 8.

Plaintiff requests attorney fees and court costs pursuant to 15 USC §1681n(a).

### SECOND CLAIM FOR RELIEF

#### (Willful Noncompliance with the FCRA)

### 9.

Plaintiff realleges and incorporates paragraphs 1-3.

### 10.

CRA willfully failed to comply with the requirements of the FCRA, including but not limited to:

(a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in reports concerning plaintiff, as required by 15 USC §1681e(b)
(b) failing to comply with the requirements in 15 USC §1681i; and
(c) failing to comply with the requirements in 15 USC §1681g.

### 11.

As a result of defendant's failure to comply with the requirements of the FCRA, plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, degraded social standing, invasion of privacy and emotional distress for which plaintiff seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

### 12.

Plaintiff requests statutory damages as included in the FCRA

### 13.

Plaintiff requests attorney fees and court costs pursuant to 15 USC §1681o(a)

## IV. Relief

### PRAYER

WHEREFORE, plaintiff prays for judgment against defendant as follows:

On the First Claim for Relief:

1. Actual damages to be determined by the jury and
2. Statutory damages as included in the FCRA; and
3. Attorney fees and court costs
4. Injunctive relief as the Court sees fit

On the Second Claim for Relief:

1. Actual damages to be determined by the jury;
2. Punitive damages to be determined by the jury;
3. Statutory damages as included in the FCRA; and
4. Attorney fees and court costs
5. Injunctive relief as the Court sees fit

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3/10/2017

Signature of Plaintiff

Printed Name of Plaintiff     Rene Ortiz, Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney     n/a

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address