1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RENE ORTIZ,                              No.  2:17-cv-0529 MCE DB PS

12               Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   EXPERIAN INFORMATION
     SOLUTIONS, INC., CRAIG BOUND,
15

16               Defendants.

17

18        Plaintiff, Rene Ortiz, is proceeding in this action pro se.  This matter was referred to the

19   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  By order filed

20   May 5, 2017, plaintiff's complaint was dismissed and plaintiff was granted leave to file an

21   amended complaint.  (ECF No. 3.)  Plaintiff was granted twenty-eight days from the date of that

22   order to file an amended complaint.  The twenty-eight day period has expired, and plaintiff has

23   not responded to the court's order in any manner.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

26        These findings and recommendations will be submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14)

28   days after being served with these findings and recommendations, plaintiff may file written

objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ortiz0529.fta.f&rs