## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RENE ORTIZ,**

CASE NO: **2:17−CV−00529−MCE−DB**

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/7/2017**

**Marianne Matherly**
Clerk of Court

ENTERED:  **August 7, 2017**

by: /s/ S. Washington
Deputy Clerk